**FILED**

APR 08 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR SHELDON, | No. C 15-0327 LHK (PR) |
| Petitioner, | ORDER OF DISMISSAL |
| v. | |
| MARION FEATHER, | |
| Respondent. | |

Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent filed a motion to dismiss for failure to exhaust. On November 23, 2015, the court granted respondent's motion to dismiss because petitioner's petition was not fully exhausted. The court directed petitioner to choose one of three options: (1) dismiss the unexhausted claim and go forward in this action with only the exhausted claims; (2) dismiss this action and return to state court to exhaust all of his claims before returning to federal court to present all of his claims in a new petition; or (3) move for a stay of these proceedings while he exhausts his state court remedies for the unexhausted claim.

The court ordered petitioner to respond within thirty days, or face dismissal of the entire case. More than thirty days have passed, and petitioner has not responded to the court's order. Accordingly, petitioner's case is DISMISSED without prejudice. The clerk shall terminate any

Order of Dismissal
P:\PRO-SE\LHK\HC.15\Sheldon327disexh.wpd

pending motions and close the file.

The federal rules governing habeas cases brought by state prisoners require a district court that denies a habeas petition to grant or deny a certificate of appealability ("COA") in its ruling. *See* Rule 11(a), Rules Governing § 2254 Cases, 28 U.S.C. foll. § 2254. Petitioner has not shown "that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Accordingly, a COA is DENIED.

IT IS SO ORDERED.

DATED: 4/7/2016

LUCY H. KOH
United States District Judge

Order of Dismissal
P:\PRO-SE\LHK\HC.15\Sheldon327disexh.wpd       2